No. 88–382. WALKER *v.* ENDELL, DIRECTOR OF ALASKA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 88–384. LAGOS *v.* MODESTO CITY SCHOOLS DISTRICT ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–386. YELLOW BUS LINES, INC., ET AL. *v.* DRIVERS, CHAUFFEURS & HELPERS LOCAL UNION NO. 639, AFFILIATED WITH INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF AMERICA, AFL–CIO, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 88–391. KRAJEWSKI, INDIVIDUALLY AND IN HIS CAPACITY AS JUDGE OF THE LAKE COUNTY COURT, DIVISION III *v.* KUROWSKI ET AL. C. A. 7th Cir. Certiorari denied.

No. 88–392. STEPHENSON *v.* PAINE, WEBBER, JACKSON & CURTIS, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–393. TEAM, INC., ET AL. *v.* OVERSTREET ET AL. C. A. 9th Cir. Certiorari denied.

No. 88–403. AMERICAN BOARD OF ENDODONTICS ET AL. *v.* LANIER. C. A. 6th Cir. Certiorari denied.

No. 88–404. DAVIS *v.* NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 88–408. MIDDLE SOUTH UTILITIES, INC., ET AL. *v.* ISQUITH ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–414. CLUETT, PEABODY & CO., INC. *v.* LHLC CORP. C. A. 7th Cir. Certiorari denied.

No. 88–416. BENSON *v.* BEARB ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–417. TEXAS EXTRUSION CORP. ET AL. *v.* LOCKHEED CORP. C. A. 5th Cir. Certiorari denied.